THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | :    3:18-cr-265 |
| | :    (JUDGE MARIANI) |
| HAKIM WILBURN, | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 12th DAY OF JULY 2024, for the reasons set forth in the Court's accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Hakim Wilburn's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 125) is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**;

3. The Clerk of Court is directed to **CLOSE** civil action No. 3:23-cv-01319.

*/s/ Robert D. Mariani*
Robert D. Mariani
United States District Judge